IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:15-cr-00241

BOBBY D. BLANKENSHIP,

        Defendant.

**ORDER**

For reasons appearing to the Court, the sentencing hearing currently scheduled for March 23, 2016, is **CONTINUED** to **April 28, 2016, at 11:00 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                                ENTER:      March 3, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE